B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sumsky, Tomas** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Unlimited Option Builders Inc.; DBA Unlimited Homes Inc.; FDBA Unlimited Options Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7042** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**858 N. Columbia St.<br>Naperville, IL**<br><div align=right>ZIP Code<br>**60563**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
| --- | --- | --- |
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts.

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| --- | --- |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                               Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sumsky, Tomas** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Slava Aaron Tenenbaum**   **February 4, 2010** |
| | Signature of Attorney for Debtor(s)     (Date) |
| | **Slava Aaron Tenenbaum** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sumsky, Tomas** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Tomas Sumsky**

Signature of Debtor   **Tomas Sumsky**

**X**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**February  4, 2010**

Date

### Signature of Attorney*

**X** **/s/ Slava Aaron Tenenbaum**

Signature of Attorney for Debtor(s)

**Slava Aaron Tenenbaum 6256760**

Printed Name of Attorney for Debtor(s)

**Slava Aaron Tenenbaum. Chartered**

Firm Name

**5920 W. Dempster St., Ste. 200**
**Morton Grove, IL 60053**

Address

**Email: Aaron@LawTenenbaum.com**
**847-967-0377  Fax: 847-967-0344**

Telephone Number

**February  4, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Tomas Sumsky** _____    Case No. _____

    Debtor(s)    Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Tomas Sumsky**
                      **Tomas Sumsky**

Date:  **February  4, 2010**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Tomas Sumsky**                                                                    Case No. _____

                                                          Debtor

                                                                                              Chapter                                **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,510,000.00 | | |
| B - Personal Property | Yes | 3 | 3,950.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,633,364.30 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 948,671.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 2,246.03 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,100.00 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | | Total Assets | 1,513,950.00 | | |
| | | Total Liabilities | | 3,582,036.03 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Tomas Sumsky**                                                    ,    Case No. _____
                                        Debtor
                                                                              Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,246.03 |
| Average Expenses (from Schedule J, Line 18) | 2,100.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,456.18 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,323,364.30 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 948,671.73 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,272,036.03 |

B6A (Official Form 6A) (12/07)

In re    **Tomas Sumsky**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **858 N. Columbia St., Naperville, IL 60563** | | **J** | **600,000.00** | **878,172.00** |
| **210 W. Ogden, Naperville, IL 60563** | | **-** | **200,000.00** | **459,814.00** |
| **27W141 48th St., Naperville, IL 60563** | | **-** | **200,000.00** | **Unknown** |
| **639 N. Wright St., Naperville, IL 60563** | | **-** | **250,000.00** | **341,000.00** |
| **10415 S. Corliss, Chicago, IL 60628** | | **-** | **50,000.00** | **79,000.00** |
| **10404 S. Indiana, Chicago, IL 60628** | | **-** | **50,000.00** | **78,000.00** |
| **11724 S. Walace, Chicago, IL 60628** | | **-** | **25,000.00** | **65,646.00** |
| **11734 S. Perry, Chicago, IL 60628** | | **-** | **55,000.00** | **70,000.00** |
| **1513 S. 6th, Maywood, IL 60153** | | **-** | **80,000.00** | **661,732.30** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,510,000.00** | (Total of this page) |
| Total > | **1,510,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Tomas Sumsky**                                                ,    Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Harris Personal Checking Acct.# 4803870527 with Ewa Sumsky-wife** | - | 250.00 |
| | | **National City Private Checking Acct.# 602868526 Account overdrafted** | - | 0.00 |
| | | **National City Private Checking Acct.# 606073438 with wife Ewa Sumsky Overdrafted Account** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **City of Naperville, Water Department for property at 858 N. Columbia St., Naperville, IL 60563** | - | 200.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture, Appliances and Households Furnishings** | - | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes** | - | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Hockey Equipment, Camera** | - | 1,500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **3,950.00**

(Total of this page)

___2___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Tomas Sumsky**                                                              ,        Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of Stocks of Unlimited Homes, Inc.** | **-** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Tomas Sumsky**                                                              ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | Dog | | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                                            Sub-Total >         0.00
                                                                        (Total of this page)
                                                                                Total >      3,950.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

                                                        (Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

.

In re    **Tomas Sumsky**                                    ,    Case No. _____
                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Harris Personal Checking Acct.# 4803870527 with Ewa Sumsky-wife** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **City of Naperville, Water Department for property at 858 N. Columbia St., Naperville, IL 60563** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture, Appliances and Households Furnishings** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **Clothes** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Hockey Equipment, Camera** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |

| | Total: | **3,950.00** | **3,950.00** |
|---|---|---|---|

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Tomas Sumsky**
_____,   Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0125007542** | | | Opened 6/1/2007 Last Active 11/10/2008 | | | | | |
| Aurora Loan Services Attn: Bankruptcy Dept. Po Box 1706 Scottsbluff, NE 69363 | X | - | First Mortgage 858 N. Columbia St., Naperville, IL 60563 | | | | | |
| | | | Value $           600,000.00 | | | | 750,000.00 | 150,000.00 |
| Account No. **PIN: 08-18-123-019-0000** | | | 11/2008 | | | | | |
| Crana Concrete, Inc. AttnL Simon Bradley 5859 W. Ogden Ave. Downers Grove, IL 60804 | X | - | Mechanic's Lien 639 N. Wright St., Naperville, IL 60563 | | | | | |
| | | | Value $           250,000.00 | | | | 26,000.00 | 26,000.00 |
| Account No. **277200** | | | 10/2006 | | | | | |
| MB Financial Bank 380 W. Diehl Rd. Naperville, IL 60563 | X | - | First Mortgage 639 N. Wright St., Naperville, IL 60563 | | | | | |
| | | | Value $           250,000.00 | | | | 315,000.00 | 65,000.00 |
| Account No. **4489618321625585** | | | Opened 7/1/2007 Last Active 12/18/2008 | | | | | |
| National City Attn: Bankruptsy Dep-t 3232 Newmark Drive Miamisburg, OH 45342 | X | - | Home Equity Line of Credit 858 N. Columbia St., Naperville, IL 60563 | | | | | |
| | | | Value $           600,000.00 | | | | 128,172.00 | 128,172.00 |

**  2  ** continuation sheets attached

Subtotal
(Total of this page)    |    1,219,172.00    |    369,172.00

B6D (Official Form 6D) (12/07) - Cont.

In re __**Tomas Sumsky**_____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1000000000000000659061007** <br><br>**Shorebank** <br>**7936 S Cottage Grove Ave** <br>**Chicago, IL 60619** | X | - | **Opened 10/1/2007 Last Active 4/13/2009** <br><br>**First Mortgage** <br><br>**210 W. Ogden, Naperville, IL 60563** <br><br> Value $              **200,000.00** | | | | **459,814.00** | **259,814.00** |
| Account No. **362396** <br><br>**Shorebank** <br>**7936 S Cottage Grove Ave** <br>**Chicago, IL 60619** | X | - | **Secure Line of Credit** <br><br>**27W141 48th St., Naperville, IL 60563** <br><br> Value $              **200,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **540799** <br><br>**Shorebank** <br>**7936 S Cottage Grove Ave** <br>**Chicago, IL 60619** | X | - | **Opened 4/1/2004 Last Active 7/30/2009** <br><br>**First Mortgage** <br><br>**10415 S. Corliss, Chicago, IL 60628** <br><br> Value $               **50,000.00** | | | | **79,000.00** | **29,000.00** |
| Account No. **64999** <br><br>**Shorebank** <br>**7936 S Cottage Grove Ave** <br>**Chicago, IL 60619** | X | - | **Opened 12/1/2005 Last Active 8/18/2009** <br><br>**First Mortgage** <br><br>**10404 S. Indiana, Chicago, IL 60628** <br><br> Value $               **50,000.00** | | | | **78,000.00** | **28,000.00** |
| Account No. **540567** <br><br>**Shorebank** <br>**7936 S Cottage Grove Ave** <br>**Chicago, IL 60619** | X | - | **Opened 1/1/2004 Last Active 7/30/2009** <br><br>**First Mortgage** <br><br>**11724 S. Walace, Chicago, IL 60628** <br><br> Value $               **25,000.00** | | | | **65,646.00** | **40,646.00** |

Sheet __**1**___ of __**2**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **682,460.00**          **357,460.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Tomas Sumsky**                                                          ,   Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **64671** <br><br> **Shorebank** <br> **7936 S Cottage Grove Ave** <br> **Chicago, IL 60619** | X | | - | | **Opened 6/1/2005 Last Active 8/18/2009** <br><br> **First Mortgage** <br><br> **11734 S. Perry, Chicago, IL 60628** <br><br> Value $              **55,000.00** | | | | **70,000.00** | **15,000.00** |
| Account No. **362396** <br><br> **Shorebank** <br> **7936 S Cottage Grove Ave** <br> **Chicago, IL 60619** | | | - | | **Securty Line of Credit** <br><br> **1513 S. 6th, Maywood, IL 60153** <br><br> Value $              **80,000.00** | | | | **661,732.30** | **581,732.30** |
| Account No. <br><br><br><br> | | | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | | | <br><br><br> Value $ | | | | | |

Sheet  **2**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | 731,732.30 | 596,732.30 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 2,633,364.30 | 1,323,364.30 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Tomas Sumsky**                                                                     ,    Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_3_    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Tomas Sumsky**
_____,   Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. **PIN: 25-14-101-007** | | | | **2008; 2009; 2010** | | | | | | |
| **Cook County Treasurer** **P.O. Box 4468** **Carol Stream, IL 60197-4468** | | | | Tax for property at 10415 S. Corliss, IL 60628 | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |
| Account No. **PIN: 25-12-112-026** | | | | **2008; 2009; 2010** | | | | | | |
| **Cook County Treasurer** **P.O. Box 4468** **Carol Stream, IL 60197-4468** | | | | Real Estate Taxes for Property at 10404 S. Indiana, Chicago, IL 60628 | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |
| Account No. **PIN: 2521-319-020** | | | | **2008; 2009; 2010** | | | | | | |
| **Cook County Treasurer** **P.O. Box 4468** **Carol Stream, IL 60197-4468** | | | | Real Estate Taxes for Property at 11724 S. WAlace, Chicago, IL 60628 | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |
| Account No. **PIN: 25-21-419-025** | | | | **2008;2009; 2010** | | | | | | |
| **Cook County Treasurer** **P.O. Box 4468** **Carol Stream, IL 60197-4468** | | | | Real Estate Taxes for Property at 11734 S. Perry, Chicago, IL 60628 | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re __Tomas Sumsky_____,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **PIN: 15-14-143-004-0000** <br><br> **Cook County Treasurer** <br> **P.O. Box 4468** <br> **Carol Stream, IL 60197-4468** | | - | **2008; 2009; 2010** <br><br> **Real Estate Leasee for 1513 S. 6th, Maywood, IL 60153** | | | | Unknown <br><br> Unknown | **Unknown** | 0.00 |
| Account No. **PIN: 07-25-212-010-0000** <br><br> **Du Page County Collector** <br> **PO Box 4203** <br> **Carol Stream, IL 60197-4203** | | - | **2008; 2009; 2010** <br><br> **210 W. Ogden, Naperville, IL 60563** | | | | Unknown <br><br> Unknown | **Unknown** | 0.00 |
| Account No. **PIN: 08-07-415-025** <br><br> **Du Page County Collector** <br> **PO Box 4203** <br> **Carol Stream, IL 60197-4203** | | - | **2008; 2009; 2010** <br><br> **Propertyy at 858 Columbia St., Naperville, IL 60563** | | | | Unknown <br><br> Unknown | **Unknown** | 0.00 |
| Account No. **PIN: 07-12-210-002** <br><br> **Du Page County Collector** <br> **PO Box 4203** <br> **Carol Stream, IL 60197-4203** | | - | **2008; 2009; 2010** <br><br> **Real Estate Taxes for 27W141 48th Street, Naperville, IL 60564** | | | | Unknown <br><br> Unknown | **Unknown** | 0.00 |
| Account No. **PIN: 07-12-210-003** <br><br> **Du Page County Collector** <br> **PO Box 4203** <br> **Carol Stream, IL 60197-4203** | | - | **2008: 2009:2010** <br><br> **Real Estate Taxes for 27W141 48th Street, Naperville, IL 60564** | | | | Unknown <br><br> Unknown | **Unknown** | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     __Tomas Sumsky_____,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **PIN: 08-18-123-019**<br><br>**Du Page County Collector**<br>**PO Box 4203**<br>**Carol Stream, IL 60197-4203** | - | | | **2008; 2009; 2010**<br><br>**Real Estate Taxes for 639 N. Wright St., Naperville, IL 60564** | | | | Unknown | **Unknown** | 0.00 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet __3____ of __3____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | | 0.00 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Tomas Sumsky**                                                    Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Alexander Lumber Co.**<br>**P.O. Box 831**<br>**Aurora, IL 60507** | - | | | | **12/2007**<br>**Mechanic's Lien for property at 210 W. Ogden, Naperville, IL 60563**<br>**Debt for Unlimited Options, Inc. 210 W. Ogden, Naperville, IL 60563** | | | | 74,861.52 |
| Account No. 3499915380509563<br><br>**American Express**<br>**c/o Becket and Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | - | | | | **Opened  2/15/08  Last Active 10/10/08**<br>**CreditCard** | | | | 9,814.00 |
| Account No. 3715-540344-81009<br><br>**American Express**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336** | - | | | | **Credit card purchases** | | | | 984.17 |
| Account No. 284549353<br><br>**AT & Mobility**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197** | - | | | | **Phone Charges** | | | | 568.00 |

__19__  continuation sheets attached

Subtotal    86,227.69
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:37959-091012    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tomas Sumsky**                                                                                  ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 6303699150434 | | | | Phone Charges | | | | |
| AT&T Universal Card P.O. Box 688910 Des Moines, IA 50368-8910 | | - | | | | | | |
| | | | | | | | | 255.77 |
| Account No. | | | | Mechanic's Lien for property at 210 W. Ogden, Naperville, IL 60563 Debt for Unlimited Option Builders, Inc. | | | | |
| Bob Baish Excavating, LLC 2134 Maxim Drive. Rockdale, IL 60436 | | - | | | | | | |
| | | | | | | | | 56,757.34 |
| Account No. 4115-0770-2172-9936 | | | | Opened 7/30/02 Last Active 4/01/09 BusinessCreditCard | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | X | - | | | | | | |
| | | | | | | | | 800.00 |
| Account No. 5491-0443-0918-7790 | | | | Opened 4/01/01 Last Active 11/19/09 CreditCard | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | | - | | | | | | |
| | | | | | | | | 21,653.00 |
| Account No. 4246-3151-2888-2493 | | | | Opened 2/01/06 Last Active 4/02/09 CreditCard | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | X | - | | | | | | |
| | | | | | | | | 8,433.00 |

Sheet no. **_1_** of **_19_** sheets attached to Schedule of                                        Subtotal                                                 87,899.11
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tomas Sumsky**                                                      ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5582-5086-1765-1812** | | | | Opened 3/01/07 Last Active 4/02/09 CreditCard | | | | |
| **Chase** Po Box 15298 Wilmington, DE 19850 | X | - | | | | | | 948.00 |
| Account No. **450417608002** | | | | Line of Credit for Unlimited Options, Inc. | | | | |
| **Chase** Attn: Bankruptsy Dept P.O. Box 100018 Kennesaw, GA 30156 | X | - | | | | | | 49,148.86 |
| Account No. **450656613002** | | | | Line of Credit for Unlimited Homes Inc. | | | | |
| **Chase** Attn: Bankruptsy Dept P.O. Box 100018 Kennesaw, GA 30156 | X | - | | | | | | 49,296.58 |
| Account No. **1115001611653** | | | | Overdrafted Checking Account for Unlimited Options Inc. | | | | |
| **Chase** Attn: Bankruptsy Dept P.O. Box 100018 Kennesaw, GA 30156 | X | - | | | | | | Unknown |
| Account No. **111000000657259818** | | | | Overdrafted Checking Account for Unlimited Options Inc. | | | | |
| **Chase** Attn: Bankruptsy Dept P.O. Box 100018 Kennesaw, GA 30156 | X | - | | | | | | Unknown |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **99,393.44**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tomas Sumsky**                                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 111000000689990828<br><br>**Chase**<br>**Attn: Bankruptsy Dept**<br>**P.O. Box 100018**<br>**Kennesaw, GA 30156** | X | - | | **Overdrafted Checking Account for Unlimited Homes Inc.** | | | | **Unknown** |
| Account No.<br><br>**Chelonda Merkson**<br>**10415 S. Corlias**<br>**Chicago, IL 60628** | | - | | **Breach of Contract** | | | | **Unknown** |
| Account No. 060115264126<br><br>**Chesterfield Insurance Services LLC**<br>**10701 S. Western Ave.**<br>**Chicago, IL 60643** | X | - | | **Insurance- Business Debt for Unlimited Option Builders, Inc.** | | | | **629.00** |
| Account No. 2000017172<br><br>**Chicago Title Land Trust Company**<br>**171 N. Clark St., Ste 575**<br>**Chicago, IL 60601** | X | - | | **Business Debt for Unlimited Options Inc.** | | | | **139.00** |
| Account No. 2000017172<br><br>**Chicago Title Land Trust Company**<br>**171 N. Clark St., Ste 575**<br>**Chicago, IL 60601** | X | - | | **Business Debt for Unlimited Options Inc.** | | | | **159.00** |

Sheet no. __**3**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **927.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tomas Sumsky**                                                         ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 8002347029 | | | | Business Debt for Unlimited Homes Inc. | | | | |
| **Chicago Title Land Trust Company** **171 N. Clark St., Ste 575** **Chicago, IL 60601** | X | - | | | | | | 144.00 |
| Account No. **Customer No. 82061** | | | | Business Debt for Unlimited Option Builders for Property at 210 W. Ogdenm Naperville | | | | |
| **City of Naperville, IL** **400 S. Eagle St.** **P.O. Box 3020** **Naperville, IL 60566** | | - | | | | | | 405.00 |
| Account No. 284399-22594 | | | | Business Debt for Unlimited Homes, Inc. for 210 W. Ogden, Naperville | | | | |
| **City of Naperville, IL** **400 S. Eagle St.** **P.O. Box 3020** **Naperville, IL 60566** | | - | | | | | | 1,202.99 |
| Account No. 284399-76882 | | | | Business Debt for Unlimited Homes, Inc.for property at 27W141 48th Street, Naperville, IL | | | | |
| **City of Naperville, IL** **400 S. Eagle St.** **P.O. Box 3020** **Naperville, IL 60566** | | - | | | | | | 131.05 |
| Account No. NA 103728M; Case 2009 OV 00971 | | | | Administrative Fine | | | | |
| **City of Naperville, IL** **400 S. Eagle St.** **P.O. Box 3020** **Naperville, IL 60566** | | - | | | | | | Unknown |

Sheet no. __4___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,883.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tomas Sumsky**                                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 8768156018<br><br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197 | | - | | | Business Debt for Unlimited Options, Inc. for 27W141 48th Street, Naperville, IL 60563 | | | | **Unknown** |
| Account No. 6856385018<br><br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197 | X | - | | | Business Debt for Unlimited Options, Inc. Utility Bill | | | | **Unknown** |
| Account No. 5406423037<br><br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197 | X | - | | | Business Debt for Unlimited Homes Inc.- Utility Bill | | | | **Unknown** |
| Account No. 6668543035<br><br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197 | X | - | | | Business Debt for Unlimited Homes, Inc.- Utility Bill | | | | **Unknown** |
| Account No.<br><br>Crana Concrete, Inc.<br>Attn Simon Bradley<br>5859 W. Ogden Ave.<br>Downers Grove, IL 60804 | | - | | | 11/2008<br>Mechanic's Lien for property at 639 N. Wright, Naperville, IL 60563 | | | | **26,000.00** |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **26,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tomas Sumsky**                                                                ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5458-0045-0596-8667**<br><br>**Direct Merchants Bank**<br>**Card Member Services - GSC**<br>**Po Box 5246**<br>**Carol Stream, IL 60197** | - | | | | **Credit card purchases** | | | | 7,300.00 |
| Account No. **6011-0076-5073-8361**<br><br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | - | | | | **Opened  3/01/00 Last Active  4/26/09**<br>**CreditCard** | | | | 7,514.00 |
| Account No. **No Acct - private investor**<br><br>**Donald Hofferberth**<br>**1580 Aberdeen Ct.**<br>**Naperville, IL 60564** | - | | | | **2008**<br>**Business Debt for Unlimited Homes, Inc. 639 N. Wright St., Naperville, IL, and business expenses for Unlimited Homes, Inc.** | | | | 210,000.00 |
| Account No. **Invoice# 1794**<br><br>**Donegal Excavating**<br>**5859 W. Ogden Ave.**<br>**Cicero, IL 60804** | - | | | | **Business Debt for Unlimited Options Builders, Inc. for 210 W. Ogden, Naperville** | | | | 6,300.00 |
| Account No. **Invoice # 1057**<br><br>**Donegal Excavating**<br>**5859 W. Ogden Ave.**<br>**Cicero, IL 60804** | - | | | | **Business Debt for Unlimited Options Builders, Inc. for 210 W. Ogden, Naperville** | | | | 325.00 |

Sheet no. __**6**___ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    231,439.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tomas Sumsky**                                                                      ,    Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**GE Capital Financial Inc** <br>**4246 S. Riverboat Rd.** <br>**Salt Lake City, UT 84123** | X | - | | | **Business Debt for Unlimited Options, Inc.** | | | | **24,364.13** |
| Account No. **601921070347** <br><br>**GEMB / HH Gregg** <br>**Attention:  Bankruptcy** <br>**Po Box 103106** <br>**Roswell, GA 30076** | | - | | | **Opened  9/17/02  Last Active 11/26/03** <br>**ChargeAccount** | | | | **Unknown** |
| Account No. **UNOP** <br><br>**Greenspring Mediagroup** <br>**730 Secon Ave. S.** <br>**Minneapolis, MN 55402** | X | - | | | **Advertisement** | | | | **6,500.00** |
| Account No. <br><br>**Herbo-Tree Service** <br>**27W770 Warrenville Rd.** <br>**Warrenville, IL 60555** | | - | | | **Business Debt for Unlimited Options, Inc. Property at 639 N. Wright St., Naperville, IL 60563** | | | | **1,900.00** |
| Account No. **6035322503435871** <br><br>**Home Depot** <br>**Customer Service** <br>**PO Box 689100** <br>**Des Moines, IA 50368-9100** | X | - | | | **Credit card purchases** | | | | **30,492.61** |

Sheet no. __**7**___ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**63,256.74**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tomas Sumsky**                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035322027108400** <br><br> **Home Depot Credit Services** <br> **P.O. Box 653002** <br> **Dallas, TX 75265** | X | - | **Credit card purchases** | | | | 21,280.25 |
| Account No. **6035322027108418** <br><br> **Home Depot Credit Services** <br> **P.O. Box 6029** <br> **The Lakes, NV 88901-6029** | X | - | **Credit card purchases** | | | | 26,968.26 |
| Account No. **Customer# 000714-000006** <br><br> **Hoving Pit Stop** <br> **2351 Powis Rd.** <br> **West Chicago, IL 60185** | | - | **Business Debt for Unlimited Options, Inc. Property at 639 N. Wright St., Naperville, IL 60563** | | | | 1,170.00 |
| Account No. **5458004505968667** <br><br> **Hsbc Bank** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | - | **Opened 11/11/99  Last Active  3/20/09 CreditCard** | | | | Unknown |
| Account No. **545800450005** <br><br> **Hsbc Bank** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | | - | **Opened 11/11/99  Last Active  3/23/04 CreditCard** | | | | Unknown |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,418.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tomas Sumsky**_____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 27690696001<br><br>I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164 | - | | | | Opened  7/01/09<br>CollectionAttorney At  T/Cingular Wireless | | | | 1,239.00 |
| Account No.<br><br>Inez Jackson<br>11734 S. Perry<br>Chicago, IL 60628 | - | | | | Breach of Contract | | | | **Unknown** |
| Account No.  003478/000001<br><br>K. Hoving Recycling & Disposal, Inc<br>2351 Powis Rd.<br>West Chicago, IL 60185 | - | | | | Business Debt for Unlimited Options, Inc. | | | | 467.00 |
| Account No.  Bond No. 1019688<br><br>Lexon Insurance Company<br>256 Jackson Meadows Dr., Ste. 201<br>Hermitage, TN 37076 | - | | | | Business Debt for Unlimited Option Builders, Inc. for 210 W. Ogden, Naperville | | | | 2,666.00 |
| Account No. 30612CF650<br><br>Lexus Financial<br>P.O. Box 4102<br>Carol Stream, IL 60197 | - | | | | Opened 12/01/07  Last Active  3/09/09<br>Outstanding Amount for Auto Lease<br>Reposesed in 5/2009 - 2008 Lexus IS250 with<br>22,300 miles<br>Lease for 12/1/2007- 1/2011 | | | | 4,579.00 |

Sheet no. __9__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,951.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tomas Sumsky** _____,   Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Likes Landscaping, Inc.** 10233 Clow Creek Rd. Ste.4 Plainfield, IL 60585 | X | - | | Landscaping Services - Business Debt for Unlimited Options, Inc. | | | | 8,000.00 |
| Account No. 5458004505968667 **Main Street Acquisiton** 3950 Johns Creek Ct Ste Suwanee, GA 30024 | | - | | Opened  5/01/09 FactoringCompanyAccount Hsbc Bank Nevada Na | | | | 7,165.00 |
| Account No. 6004300580579438 **Menards** For Billing inquiries PO Box 15521 Wilmington, DE 19850-5521 | X | - | | Credit card purchases | | | | 8,734.25 |
| Account No. 602868526 **National City** Attn: Bankruptsy Dep-t 3232 Newmark Drive Miamisburg, OH 45342 | | - | | Overdrafted Checking Account with Ewa Sumsky | | | | Unknown |
| Account No. 606073438 **National City** Attn: Bankruptsy Dep-t 3232 Newmark Drive Miamisburg, OH 45342 | | - | | Overdrafted Checking Account with Ewa Sumsky | | | | Unknown |

Sheet no. __**10**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     23,899.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tomas Sumsky**                                                              ,     Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4857-0583-3206-9529**<br><br>**National City<br>Attn: Bankruptsy Dep-t<br>3232 Newmark Drive<br>Miamisburg, OH 45342** | X | - | | Line of Credit for Unlimited Options, Inc. | | | | 51,725.23 |
| Account No. **4857-0583-3207-0030**<br><br>**National City<br>Attn: Bankruptsy Dep-t<br>3232 Newmark Drive<br>Miamisburg, OH 45342** | X | - | | Line of Credit for Unlimited Option Builders, Inc. | | | | 51,823.15 |
| Account No. **4857-0583-3206-9206**<br><br>**National City<br>Attn: Bankruptsy Dep-t<br>3232 Newmark Drive<br>Miamisburg, OH 45342** | X | - | | Line of Credit for Unlimited Homes, Inc. | | | | 49,268.00 |
| Account No. **884413969**<br><br>**National City<br>Attn: Bankruptsy Dep-t<br>3232 Newmark Drive<br>Miamisburg, OH 45342** | X | - | | Overdrafted Checking Account for Unlimited Options Inc. | | | | Unknown |
| Account No. **985351189**<br><br>**National City<br>Attn: Bankruptsy Dep-t<br>3232 Newmark Drive<br>Miamisburg, OH 45342** | X | - | | Overdrafted Checking Account for Unlimited Option Builders Inc. | | | | Unknown |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    152,816.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tomas Sumsky**                                                              ,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 985351218 | | | | | Overdrafted Checking Account for Unlimited Homes Builders Inc. | | | | |
| **National City** **Attn: Bankruptsy Dep-t** **3232 Newmark Drive** **Miamisburg, OH 45342** | X | - | | | | | | | Unknown |
| Account No. 4436-0370-3104-7101 | | | | | Credit card purchases | | | | |
| **National City** **Attn: Bankruptsy Dep-t** **3232 Newmark Drive** **Miamisburg, OH 45342** | X | - | | | | | | | 6,392.65 |
| Account No. 4436-0370-4101-5387 | | | | | Credit card purchases | | | | |
| **National City** **Attn: Bankruptsy Dep-t** **3232 Newmark Drive** **Miamisburg, OH 45342** | X | - | | | | | | | 6,249.97 |
| Account No. 4436-0370-4101-5585 | | | | | Credit card purchases | | | | |
| **National City** **Attn: Bankruptsy Dep-t** **3232 Newmark Drive** **Miamisburg, OH 45342** | X | - | | | | | | | 11,547.49 |
| Account No. 448961984015 | | | | | Opened 10/25/05  Last Active  3/04/08 CreditLineSecured | | | | |
| **Ncb Ne Er** **1 Cascade Plaza** **Akron, OH 44305** | | - | | | | | | | Unknown |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **24,190.11**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tomas Sumsky** _____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **50421307518** <br><br> **Nicor** <br> **P.O. Box 416** <br> **Aurora, IL 60568** | X | - | | | **Business Debt for Unlimited Options Inc - Utility Bill** | | | | **Unknown** |
| Account No. **0642689503** <br><br> **Nicor** <br> **P.O. Box 416** <br> **Aurora, IL 60568** | X | - | | | **Business Debt for Unlimited Options Inc,- Utility Bill** | | | | **Unknown** |
| Account No. **382086** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **1844 Ferry Road** <br> **Naperville, IL 60507** | | - | | | **Opened 12/06/07  Last Active 11/11/09** <br> **Utility bills** | | | | **519.00** |
| Account No. **68738** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **1844 Ferry Road** <br> **Naperville, IL 60507** | | - | | | **Opened  9/04/09  Last Active 12/01/09** <br> **Utility bills** | | | | **96.00** |
| Account No. **613144** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **1844 Ferry Road** <br> **Naperville, IL 60507** | | - | | | **Opened  2/10/05  Last Active  6/01/07** <br> **Utility bills** | | | | **6.00** |

Sheet no. __**13**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **621.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tomas Sumsky**                                    ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **37591**<br><br>**Nicor Gas<br>Attention: Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60507** | - | | | | Opened 9/09/06 Last Active 10/01/06<br>Utility bills | | | | Unknown |
| Account No. **996518**<br><br>**Nicor Gas<br>Attention: Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60507** | - | | | | Opened 8/06/02 Last Active 10/03/06<br>Utility bills | | | | Unknown |
| Account No. **19580600856**<br><br>**Nicor Gas<br>P.O. Box 416<br>Aurora, IL 60568-0001** | X - | | | | Business Debt for Unlimited Homes Inc.-<br>Utility Bill | | | | Unknown |
| Account No. **1958060085**<br><br>**Nicor Gas<br>P.O. Box 416<br>Aurora, IL 60568-0001** | X - | | | | Business Debt for Unlimited Homes, Inc.-<br>Utility Bill | | | | Unknown |
| Account No. **Invoice 2342**<br><br>**North and South Concrete Inc.<br>10990 Archer Ave.<br>Lemont, IL 60439** | - | | | | Business Debt for Unlimited Options, Inc. | | | | 9,050.00 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,050.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tomas Sumsky**                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **North Bohemian HVAC** <br> **2316 Aimee Ln.** <br> **Schaumburg, IL 60194** | X | - | | **Business Debt for Unlimited Option Builders, Inc.** | | | | 2,500.00 |
| Account No. <br><br> **P. Janik Plumbing Services** <br> **11100 Releigh St.** <br> **Westchester, IL 60154** | X | - | | **Business Debt for Unlimited Option Builders, Inc.** | | | | 2,500.00 |
| Account No. <br><br> **Painting Plus** <br> **8523 Forest Ave.** <br> **Munster, IN 46321** | | - | | **Business Debt for property at 10404 S. Indiana, Chicago, IL 60628** | | | | 675.00 |
| Account No. <br><br> **Painting Plus** <br> **8523 Forest Ave.** <br> **Munster, IN 46321** | | - | | **Business Debt for property at 11734 S. Perry, Chicago, IL 60628** | | | | 4,298.66 |
| Account No. <br><br> **Painting Plus** <br> **8523 Forest Ave.** <br> **Munster, IN 46321** | | - | | **Business Debt** | | | | 5,305.00 |

Sheet no. __15__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **15,278.66**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tomas Sumsky**                                                              ,     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Patria Partners, LLC<br>d/b/a Partia Property Management Co<br>18201 Morris Ave.<br>Homewood, IL 60430 | | - | Breach of Contract (managing properties located at<br>- 10415 S. Corlias, Chicago, IL 60628<br>-11724 S. Wallace, Chicago, IL 60628<br>-11734 S. Perry, Chicago, IL 60628) | | | | **Unknown** |
| Account No.  **Client No. 4207**<br><br>Patterson, Thuente, Skaar<br>Christensen<br>80 S. 8th St.<br>Minneapolis, MN 55402 | | - | Legal Services | | | | **2,253.70** |
| Account No.  21215243862M 509551<br><br>Pitney Bowes, Inc.<br>P.O. Box 1396<br>Madison, CT 06443 | X | - | Business Debt for Unlimited Options Inc. | | | | **101.19** |
| Account No.  **Invoice# 15819**<br><br>Quantum Electric Inc.<br>10202 N. River Rd.<br>Algonquin, IL 60102 | | - | Business Debt for Unlimited Option Builders, Inc. for 210 W. Ogden, Naperville | | | | **17,651.00** |
| Account No.<br><br>R.E.M. Electric Service<br>1314 E. Norman Dr.<br>Palatine, IL 60074 | | - | Business Debt for Unlimited Option Builders, Inc. | | | | **2,500.00** |

Sheet no. __**16**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,505.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tomas Sumsky** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **6751-4162-6**<br><br>Sherwin- Williams Co.<br>Accounts Receivable Dept<br>44 W. Gartner Rd., Ste.116<br>Naperville, IL 60540 | X | - | | | Business Debt | | | | 2,318.30 |
| Account No. **1100007622**<br><br>Shorebank<br>7936 S Cottage Grove Ave<br>Chicago, IL 60619 | | - | | | Overdrafted Checking Account for Unlimited Homes Inc. | | | | Unknown |
| Account No. **Invoice# 2536**<br><br>Silt Solutions, Inc.<br>14513 Waverly Ave.<br>Midlothian, IL 60445 | | - | | | Business Debt for Unlimited Options, Inc. Property at 639 N. Wright St., Naperville, IL 60563 | | | | 500.00 |
| Account No. **Invoice # 2536**<br><br>Silt Solutions, Inc.<br>14513 Waverly Ave.<br>Midlothian, IL 60445 | | - | | | Business Debt for Unlimited Options, Inc. Property at 639 N. Wright St., Naperville, IL 60563 | | | | 500.00 |
| Account No. **Customer ID C01022**<br><br>Storm Trap<br>2495 W. Bungalow Rd.<br>Morris, IL 60450 | | - | | | Business Debt for Unlimited Optionas, Inc. | | | | 17,630.56 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **20,948.86**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tomas Sumsky** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **74-3472**<br><br>**Suburban Bank & Trust**<br>**9901 S. Western Ave.**<br>**Chicago, IL 60643** | | - | | | Business Debt for Unlimited Options, Inc. Property at 10415 S. Corliss, Chicao, IL 60628 | | | | 50.00 |
| Account No. **74-3713**<br><br>**Suburban Bank & Trust**<br>**9901 S. Western Ave.**<br>**Chicago, IL 60643** | | - | | | Business Debt for property at 10404 S. Indiana, Chicago, IL 60628 | | | | 100.00 |
| Account No. **74-3429**<br><br>**Suburban Bank & Trust**<br>**9901 S. Western Ave.**<br>**Chicago, IL 60643** | | - | | | Business Debt for Unlimited Options, Inc. for Property at 11724 S. Walace, Chicago, IL 60628 | | | | 100.00 |
| Account No. **74-3641**<br><br>**Suburban Bank & Trust**<br>**9901 S. Western Ave.**<br>**Chicago, IL 60643** | | - | | | Business Debt for Unlimited Options, Inc. for Property at 11734 S. Perry, Chicago, IL 60628 | | | | 50.00 |
| Account No.<br><br>**Uline**<br>**Attn: Acounts Receivable**<br>**2200 S. Lakeside Dr.**<br>**Waukegan, IL 60085** | X | - | | | Business Debt for Unlimited Options Inc. | | | | 364.05 |

Sheet no. __**18**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **664.05**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tomas Sumsky**                                            ,    Case No. _____
                                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Invoice# 2921** | | | | **Business Debt for Unlimited Option Builders Inc.** | | | | |
| **Woodcrafters** **96 Hillside Dr.** **Yorkville, IL 60560** | X | - | | | | | | 23,302.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 23,302.00 |
| | Total (Report on Summary of Schedules) | 948,671.73 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Tomas Sumsky** _____,   Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re   **Tomas Sumsky**                                                          ,   Case No. _____
                                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ewa Sumsky**<br>**858 N.Columbia St.**<br>**Naperville, IL 60563** | **Aurora Loan Services**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 1706**<br>**Scottsbluff, NE 69363** |
| **Ewa Sumsky**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** |
| **Unlimilted Options Builders Inc**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** |
| **Unlimired Homes Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** |
| **Unlimited Homes Builders Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** |
| **Unlimited Homes Inc.**<br>**858 N. Columbia**<br>**Naperville, IL 60563** | **Chase**<br>**Attn: Bankruptsy Dept**<br>**P.O. Box 100018**<br>**Kennesaw, GA 30156** |
| **Unlimited Homes Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** |
| **Unlimited Homes Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Home Depot Credit Services**<br>**P.O. Box 653002**<br>**Dallas, TX 75265** |
| **Unlimited Homes Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Chicago Title Land Trust Company**<br>**171 N. Clark St., Ste 575**<br>**Chicago, IL 60601** |
| **Unlimited Homes Inc.**<br>**858 N.Columbia**<br>**Naperville, IL 60563** | **ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197** |

**4**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Tomas Sumsky** _____ ,   Case No. _____

<div align="center">Debtor</div>

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Unlimited Homes Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** |
| **Unlimited Homes Inc.**<br>**858 N. Columbia**<br>**Naperville, IL 60563** | **Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** |
| **Unlimited Homes, Inc.**<br>**858 N. Columbia**<br>**Naperville, IL 60563** | **Shorebank**<br>**7936 S Cottage Grove Ave**<br>**Chicago, IL 60619** |
| **Unlimited Homes, Inc.**<br>**858 N. Columbia**<br>**Naperville, IL 60563** | **MB Financial Bank**<br>**380 W. Diehl Rd.**<br>**Naperville, IL 60563** |
| **Unlimited Homes, Inc.**<br>**858 N. Columbia**<br>**Naperville, IL 60563** | **Crana Concrete, Inc.**<br>**AttnL Simon Bradley**<br>**5859 W. Ogden Ave.**<br>**Downers Grove, IL 60804** |
| **Unlimited Homes, Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** |
| **Unlimited Homes, Inc.**<br>**858 N. Colubia St.**<br>**Naperville, IL 60563** | **ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197** |
| **Unlimited Option Builders Inc**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** |
| **Unlimited Option Builders Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** |
| **Unlimited Option Builders Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Woodcrafters**<br>**96 Hillside Dr.**<br>**Yorkville, IL 60560** |
| **Unlimited Option Builders Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Chesterfield Insurance Services LLC**<br>**10701 S. Western Ave.**<br>**Chicago, IL 60643** |
| **Unlimited Option Builders Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **P. Janik Plumbing Services**<br>**11100 Releigh St.**<br>**Westchester, IL 60154** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Codebtors

In re    **Tomas Sumsky**                                                                    Case No. _____
_____ ,
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Unlimited Option Builders Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **North Bohemian HVAC**<br>**2316 Aimee Ln.**<br>**Schaumburg, IL 60194** |
| **Unlimited Option Builders, Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** |
| **Unlimited Options Builders Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Greenspring Mediagroup**<br>**730 Secon Ave. S.**<br>**Minneapolis, MN 55402** |
| **Unlimited Options Inc**<br>**828 N. Columbia St.**<br>**Naperville, IL 60563** | **Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**Po Box 5155**<br>**Norcross, GA 30091** |
| **Unlimited Options Inc**<br>**858 N. Colmbia St.**<br>**Naperville, IL 60563** | **Home Depot**<br>**Customer Service**<br>**PO Box 689100**<br>**Des Moines, IA 50368-9100** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Chase**<br>**Attn: Bankruptsy Dept**<br>**P.O. Box 100018**<br>**Kennesaw, GA 30156** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Chase**<br>**Attn: Bankruptsy Dept**<br>**P.O. Box 100018**<br>**Kennesaw, GA 30156** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Chase**<br>**Attn: Bankruptsy Dept**<br>**P.O. Box 100018**<br>**Kennesaw, GA 30156** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re    **Tomas Sumsky**                                                    ,    Case No. _____

                                                Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Menards**<br>**For Billing inquiries**<br>**PO Box 15521**<br>**Wilmington, DE 19850-5521** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Sherwin- Williams Co.**<br>**Accounts Receivable Dept**<br>**44 W. Gartner Rd., Ste.116**<br>**Naperville, IL 60540** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Uline**<br>**Attn: Acounts Receivable**<br>**2200 S. Lakeside Dr.**<br>**Waukegan, IL 60085** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Pitney Bowes, Inc.**<br>**P.O. Box 1396**<br>**Madison, CT 06443** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Chicago Title Land Trust Company**<br>**171 N. Clark St., Ste 575**<br>**Chicago, IL 60601** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Chicago Title Land Trust Company**<br>**171 N. Clark St., Ste 575**<br>**Chicago, IL 60601** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St**<br>**Naperville, IL 60563** | **Nicor**<br>**P.O. Box 416**<br>**Aurora, IL 60568** |
| **Unlimited Options Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Nicor**<br>**P.O. Box 416**<br>**Aurora, IL 60568** |
| **Unlimited Options, Inc.**<br>**858 N. Columbia**<br>**Naperville, IL 60563** | **Shorebank**<br>**7936 S Cottage Grove Ave**<br>**Chicago, IL 60619** |
| **Unlimited Options, Inc.**<br>**858 N. Columbia**<br>**Naperville, IL 60563** | **Shorebank**<br>**7936 S Cottage Grove Ave**<br>**Chicago, IL 60619** |
| **Unlimited Options, Inc.**<br>**858 N. Columbia**<br>**Naperville, IL 60563** | **Shorebank**<br>**7936 S Cottage Grove Ave**<br>**Chicago, IL 60619** |

Sheet ___**3**___ of ___**4**___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

In re  **Tomas Sumsky**                                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Unlimited Options, Inc.**<br>**858 N. Columbia**<br>**Naperville, IL 60563** | **Shorebank**<br>**7936 S Cottage Grove Ave**<br>**Chicago, IL 60619** |
| **Unlimited Options, Inc.**<br>**858 N. Columbia**<br>**Naperville, IL 60563** | **Shorebank**<br>**7936 S Cottage Grove Ave**<br>**Chicago, IL 60619** |
| **Unlimited Options, Inc.**<br>**858 N. ColumbiaSt.**<br>**Naperville, IL 60563** | **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** |
| **Unlimited Options, Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Chase**<br>**Attn: Bankruptsy Dept**<br>**P.O. Box 100018**<br>**Kennesaw, GA 30156** |
| **Unlimited Options, Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **Likes Landscaping, Inc.**<br>**10233 Clow Creek Rd. Ste.4**<br>**Plainfield, IL 60585** |
| **Unlimited Options, Inc.**<br>**858 N. Columbia St.**<br>**Naperville, IL 60563** | **GE Capital Financial Inc**<br>**4246 S. Riverboat Rd.**<br>**Salt Lake City, UT 84123** |

Sheet   **4**   of   **4**   continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re __**Tomas Sumsky**_____     Case No. _____
                  Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Construction** | **Paralegal** |
| Name of Employer | **unemployed** | **unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|    b.  Insurance | $ | 0.00 | $ | 0.00 |
|    c.  Union dues | $ | 0.00 | $ | 0.00 |
|    d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 2,246.03 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,246.03 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,246.03 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 2,246.03 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Tomas Sumsky**                                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 500.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 300.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 100.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Dog's food** | $ | 50.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,100.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,246.03 |
| b. Average monthly expenses from Line 18 above | $ | 2,100.00 |
| c. Monthly net income (a. minus b.) | $ | 146.03 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Tomas Sumsky**                                                          Case No. _____
_____                                Chapter   **7**   _____
                            Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**42**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February  4, 2010**                          Signature   **/s/ Tomas Sumsky**
                                                                **Tomas Sumsky**
                                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Tomas Sumsky**                                                      Case No. _____

_____
Debtor(s)                 Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2009 Income from Unlimited Options Inc. (Including Rental income from all rented properties owned by Unlimited Options Inc.) Negative $31,453** |
| $0.00 | **2009 Income from Unlimited Homes, Inc. Negative $782,101.00** |
| $4,593.00 | **2009 Income from Unlimited Option Builders, Inc.** |
| $0.00 | **2008 Income from Unlimited Homes, Inc. Negative $508,856.00** |
| $7,699.00 | **2008 Income from Unlimited Option Builders, Inc.** |

2

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2008 Income from Unlimited Options Inc. (Including Rental income from all rented properties owned by Unlimited Options Inc.) Negative $140,057.00** |
| $2,246.03 | **1/1-1/31/2010 Selfemployment - Rental Income** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Aurora Loan Services, LLC vs. Tomas Sumsky; Ewa Sumsky; National City Bank; MB Financial Bank NA: Unknown Occupants: Unknown Owners and Non-Record Claimants.** **Case NO. 09 CH 1971** | **Foreclosure** | **Circuit Court of the 18th Judical Circuit, DuPage County** | **Pending** |
| **Alexander Lumber Co., a corporation vs. Unlimited Options Inc., a corporation. Case No. 09L-8149** | **Collection** | **Circuit Court of Cook County, Illinois** | **Pending- Mechanic Lien for property located at 210 W. Ogden, Naperville, IL 60563** |
| **M.B. Financial Babk, N.A. vs. Unlimited Homes, Inc., Crana Concrete, Inc., Tomas Sumsky, Unknown Owners and Non-Record Claimants. Case No. 2009 CH 003014** | **Foreclosure** | **Circuit Court of the Eighteenth Judical Circuit, DuPage County** | **Pending** |
| **City of Naperville vs. Unlimited Homes, Inc. Case No. 2009 OV 009715** | **Administrative hearing; Violation - property at 639 N. Wright St., Naperville, IL 60563** | **18th Judical Circuit Court, DuPage County** | **Pending** |
| **JPMorgan Chase Bank, N.A. vs. Unlimited Options Inc., an Illinois Corporation; Unlimited Homes Inc, an Illinois Corporation; and Tomas Sumsky. Case# 09 L 10600** | **Collection** | **Circuit Court of Cook County, Illinois** | **Judgment Entered on 1/28/2010** |
| **Chase Bank USA, N.A. vs. Tomas Sumsky Case No. 2009AR000595** | **Collection** | **Circuit Court of the Eighteenth Judical Circuit, DuPage County, Illinois** | **Pending** |

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lexus Financial**<br>**P.O. Box 4102**<br>**Carol Stream, IL 60197** | **5/2009** | **2008 Lexus IS250, 20,000 miles,  Approx value $22,300** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Slava Aaron Tenenbaum, Chartered** **5920 Dempster St., Ste 200** **Morton Grove, IL 60053** | **1/28/2010** | **$1060.00** |

**10.  Other transfers**

None
☐    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Suburban Bank & Trust 74-3472** **10415 Corliss** **Chicago, IL 60628** | **4/22/2004** | **Tomas Sumsky is a beneficiary of Land Trust for property known as  10415 S. Corliss, Chicago, IL 60628.** **Aproximate Value $ 50,000.00** |
| **Nathaniel G. and Kristen S. MacAdams** **711 N. Wright St.** **Naperville, IL 60563** **None** | **11/04/2005** | **Property at 711 N. Wright St., Naperville, IL 60563.** **Sold for $1,222,599.00.** **Business Loss $220,296.95.** |
| **Alena Piroznik** **356 Sycamore Dr.** **Naperville, IL 60563** **None** | **5/7/2008** | **Property 356 Sycamore Dr., Naperville, IL.** **Sold for $1,541,708.00** **Business Income $66,232.43** |
| **Chris & Melina Jenkins** **1510 Monarch** **Naperville, IL 60563** **None** | **7/7/2008** | **Property at 1510 Monarch, Naperville, IL 60563.** **Sold for 489,217.00** **Business Loss $40,139.00** |
| **Steven & Linda Covey** **1000 E. Hillside** **Naperville, IL 60563** **None** | **10/31/2008** | **Property at 1000 E. Hillside, IL 60563** **Sold for $1,537,471.00** **Business Income $61,147.13** |
| **James & Audrey Lowe** **1173 Banyon Court** **Naperville, IL 60563** **None** | **11/14/2008** | **Property at 1173 Banyon Court, Naperville, IL 60563.** **Sold for 366,071.00** **Business Loss $65,916.00** |
| **Richard S. Westra** **862 N. Columbia St.,** **Naperville, IL 60563** **None** | **4/3/2008** | **Property at 862 N. Columbia St., Naperville, IL 60563** **Sold for $ 624,300.27** **Business Loss $114,981.22** |
| **Keyur Patel & Jessica Kapelman** **553 Juniper** **Naperville, IL 60563** **None** | **6/18/2009** | **Property at 553 Juniper, Naperville, IL 60563** **Sold for $925,381.20** **Business Loss $304,490.40** |
| **Leeah Clopton** **12352 S. Wentworth** **Chicago, IL 60628** **None** | **7/30/2009** | **Property at 12352 S. Wentworth, Chicago, IL 60628** **Sold for $111, 909.87** **Business Income $338.41** |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Tanina Media**<br>**1424 S. 13th**<br>**Maywood, IL 60153**<br>    **None** | **12/18/2009** | **1424 S. 13th, Maywood, IL 60153**<br>**Sold for $133,296.84**<br>**Business Loss $15,257.47** |
| **Stanislaw Godzic**<br>**5718 N. McVicker**<br>**Chicago, IL 60646**<br>    **Father-in-Law** | **1/17/2010** | **2001 Chevrolet Express 3500 Van 3500 Cargo**<br>**Kelley Blue Book Approx Value/Trade-In Value**<br>**$913.00 - Private Value $2,275.00**<br>**Sold for $2,000.00** |

None
☐    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Chicago Title Land Trust # 8002347029**<br>**1513 S. 6th**<br>**Maywood, IL 60153** | **3/11/2009** | **Tomas Sumsky is a beneficiary of Land Trust for property known as 1513 S. 6th, Maywood, IL 60153**<br>**Approx. Property Value $80,000.00** |
| **Chicago Title Land Trust# 8002347029**<br>**27W141 48th St.**<br>**Naperville, IL 60563** | **7/31/2006** | **Tomas Sumsky is a beneficiary of Land Trust for property known as 27W141 48th St., Naperville, IL 60563.**<br>**Approx. Value of property $200,000.00** |
| **Suburban Bank & Trust # 74-3712**<br>**10404 S. Indiana**<br>**Chicago, IL 60628** | **12/12/2005** | **Tomas Sumsky s a beneficiary of Land Trust for property known as 10404 S. Indiana, Chicago, IL 60628.**<br>**Aproximate Value $ 50,000.00** |
| **Suburbank Bank & Trust# 74-3429**<br>**11724 S. Walace**<br>**Chicago, IL 60628** | **1/20/2004** | **Tomas Sumsky is a beneficiary of Land Trust for property known as  11724 S. Wallace, Chicago, IL 60628.**<br>**Aproximate Value $ 25,000.00** |
| **Suburban Bank & Trust 74-3641**<br>**11734 S. Perry**<br>**Chicago, IL 60628** | **6/7/2005** | **Tomas Sumsky is a beneficiary of Land Trust for property known as t 11734 S. Perry, Chicago, IL 60628.**<br>**Aproximate Value $ 55,000.00** |

   **11.  Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **MB Financial Bank**<br>**380 W. Diehl Rd.**<br>**Naperville, IL 60563** | **Bussiness Acct. for Unlimited Options**<br>**Builders, Inc. Acct.# 5090007748** | **$130.00**<br>**1/26/2010** |
| **Shorebank**<br>**7936 S Cottage Grove Ave**<br>**Chicago, IL 60619** | **Business Checking Acct.# 1100007622**<br>**for Unlimited Homes Inc.** | **Negative $153.78**<br>**11/18/2009** |

7

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase**<br>**Attn: Bankruptsy Dept**<br>**P.O. Box 100018**<br>**Kennesaw, GA 30156** | **Business Checking Acct.# 115001611653 for Unlimited Options Inc.** | **9/2009**<br>**negative $720.00** |
| **Chase**<br>**Attn: Bankruptsy Dept**<br>**P.O. Box 100018**<br>**Kennesaw, GA 30156** | **Business Checking Acct.# 11100000657259818 for Unlimited Options Inc.** | **Negative $1,218.57**<br>**10/2009** |
| **Chase**<br>**Attn: Bankruptsy Dept**<br>**P.O. Box 100018**<br>**Kennesaw, GA 30156** | **Business Checking Acct.# 111000000689990828 for Unlimited Options Inc.** | **Negative $1,839.91**<br>**8/2009** |
| **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** | **Busines Checking Acct.# 884413969 for Unlimited Options Inc.** | **Negative $552.28** |
| **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** | **Business Checking Acct.# 985351189 for Unlimited Option Builders Inc.** | **Negative $1,039.52**<br>**1/2010** |
| **National City**<br>**Attn: Bankruptsy Dep-t**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** | **Business Checking Acct.# 985351218 for Unlimited Option Homes Inc.** | **Negative $561.00**<br>**1/2010** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

8

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|----------------------------------------|---------------|-----------------------|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Unlimited Homes, Inc.** | **EIN 20-3320318** | **858 N. Columbia Naperville, IL 60563** | **Construction Services** | **8/5/2005 - present** |
| **Unlimited Options, Inc.** | **EIN: 01-0580849** | **858 N. Columbia Naperville, IL 60563** | **Construction Services** | **1/11/2002 - 1/11/2010** |
| **Unlimited Option Builders, Inc.** | **EIN: 20-3320440** | **858 N. Columbia Naperville, IL 60563** | **Construction Services** | **8/2/2005 - 1/8/2010** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Breva Inc.** | **2/2008** |
| **94 Chelsea St.** | **2/2009** |
| **Bloomingdale, IL 60108** | **1/2010** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                    DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

11

**24. Tax Consolidation Group.**

None
■      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)


### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.


Date  **February  4, 2010**                        Signature   **/s/ Tomas Sumsky**
                                                               **Tomas Sumsky**
                                                               Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Tomas Sumsky**                            Case No. _____

                                Debtor(s)                 Chapter     **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:**<br>**Aurora Loan Services** | **Describe Property Securing Debt:**<br>**858 N. Columbia St., Naperville, IL 60563** |
|---|---|

Property will be (check one):
  ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                 ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:**<br>**Crana Concrete, Inc.** | **Describe Property Securing Debt:**<br>**639 N. Wright St., Naperville, IL 60563** |
|---|---|

Property will be (check one):
  ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                 ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**MB Financial Bank** | **Describe Property Securing Debt:**<br>**639 N. Wright St., Naperville, IL 60563** |

Property will be (check one):
   ■ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt       ■ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>**National City** | **Describe Property Securing Debt:**<br>**858 N. Columbia St., Naperville, IL 60563** |

Property will be (check one):
   ■ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt       ■ Not claimed as exempt

| Property No. 5 | |
| --- | --- |
| **Creditor's Name:**<br>**Shorebank** | **Describe Property Securing Debt:**<br>**210 W. Ogden, Naperville, IL 60563** |

Property will be (check one):
   ■ Surrendered       ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt       ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                  Page 3

---

**Property No. 6**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Shorebank** | **27W141 48th St., Naperville, IL 60563** |

Property will be (check one):
    ■ Surrendered         ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt            ■ Not claimed as exempt

---

**Property No. 7**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Shorebank** | **10415 S. Corliss, Chicago, IL 60628** |

Property will be (check one):
    ■ Surrendered         ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt            ■ Not claimed as exempt

---

**Property No. 8**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Shorebank** | **10404 S. Indiana, Chicago, IL 60628** |

Property will be (check one):
    ■ Surrendered         ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt            ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Shorebank** | **Describe Property Securing Debt:**<br>**11724 S. Walace, Chicago, IL 60628** |

Property will be (check one):
   ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Shorebank** | **Describe Property Securing Debt:**<br>**11734 S. Perry, Chicago, IL 60628** |

Property will be (check one):
   ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 5

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Shorebank** | **Describe Property Securing Debt:**<br>**1513 S. 6th, Maywood, IL 60153** |

| |
|---|
| Property will be (check one):<br>    ■ Surrendered            □ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    □ Redeem the property<br>    □ Reaffirm the debt<br>    □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    □ Claimed as Exempt            ■ Not claimed as exempt |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES            □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **February  4, 2010** _____        Signature    **/s/ Tomas Sumsky** _____
                                                                          **Tomas Sumsky**
                                                                          Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Tomas Sumsky**

Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **760.00** |
| Balance Due | $ | **1,240.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February  4, 2010**

**/s/ Slava Aaron Tenenbaum**
**Slava Aaron Tenenbaum**
**Slava Aaron Tenenbaum. Chartered**
**5920 W. Dempster St., Ste. 200**
**Morton Grove, IL 60053**
**847-967-0377  Fax: 847-967-0344**
**Aaron@LawTenenbaum.com**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Slava Aaron Tenenbaum | X /s/ Slava Aaron Tenenbaum | February  4, 2010 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**5920 W. Dempster St., Ste. 200
Morton Grove, IL 60053
847-967-0377
Aaron@LawTenenbaum.com**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Tomas Sumsky | X /s/ Tomas Sumsky | February  4, 2010 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Tomas Sumsky**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **125**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **February 4, 2010**

**/s/ Tomas Sumsky**
**Tomas Sumsky**
Signature of Debtor

Alexander Lumber Co.
P.O. Box 831
Aurora, IL 60507

Alliant Law Group, P.C.
2860 Zanker Rd., Ste. 105
San Jose, CA 95134

American Coradius International LLC
P.O. Box 505
Linden, MI 48451

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

American Express
P.O. Box 360001
Fort Lauderdale, FL 33336

AT & Mobility
P.O. Box 6428
Carol Stream, IL 60197

AT&T Universal Card
P.O. Box 688910
Des Moines, IA 50368-8910

ATG Credit, LLC
P.O. Box 14895
Chicago, IL 60614

Aurora Loan Services
Attn: Bankruptcy Dept.
Po Box 1706
Scottsbluff, NE 69363

Bob Baish Excavating, LLC
2134 Maxim Drive.
Rockdale, IL 60436

Bonded Collection Corporation
29 E. Madison St., Ste 1650
Chicago, IL 60602

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Attn: Bankruptsy Dept
P.O. Box 100018
Kennesaw, GA 30156


Chelonda Merkson
10415 S. Corlias
Chicago, IL 60628


Chesterfield Insurance Services LLC
10701 S. Western Ave.
Chicago, IL 60643


Chicago Title Land Trust Company
171 N. Clark St., Ste 575
Chicago, IL 60601


City of Naperville, IL
400 S. Eagle St.
P.O. Box 3020
Naperville, IL 60566


ComEd
P.O. Box 6111
Carol Stream, IL 60197


Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468


Crana Concrete, Inc.
AttnL Simon Bradley
5859 W. Ogden Ave.
Downers Grove, IL 60804

Crana Concrete, Inc.
Attn Simon Bradley
5859 W. Ogden Ave.
Downers Grove, IL 60804


Credit Management Services
P.O. Box 1396
Madison, CT 06443


DeHaan & Beach
11256 Cornell Pall Dr., Ste. 500
Cincinnati, OH 45242


Direct Merchants Bank
Card Member Services - GSC
Po Box 5246
Carol Stream, IL 60197


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Donald Hofferberth
1580 Aberdeen Ct.
Naperville, IL 60564


Donegal Excavating
5859 W. Ogden Ave.
Cicero, IL 60804


Du Page County Collector
PO Box 4203
Carol Stream, IL 60197-4203


Dutton & Duton, P.C.
10325 W. Lincoln Highway
Frankfort, IL 60423


Encore Receivable Management, Inc.
P.O. Box 1880
Southgate, MI 48195


ERSolutions Inc
P.O. Box 9004
Renton, WA 98057

Ewa Sumsky
858 N.Columbia St.
Naperville, IL 60563


Ewa Sumsky
858 N. Columbia St.
Naperville, IL 60563


Financial Adjustment Service, Inc.
4010 Dupont Circle, Ste. 401
Louisville, KY 40207


First Source
205 Bryan Woods
Amherst, NY 14228


GC Services Limited Partnership
Collection Agency Division
6330 Gufton
Houston, TX 77081


GC Services Limited Partnership
Collection Agency Division
P.O. Box 77236
Houston, TX 77236


GE Capital Financial Inc
4246 S. Riverboat Rd.
Salt Lake City, UT 84123


GEMB / HH Gregg
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076


Greenspring Mediagroup
730 Secon Ave. S.
Minneapolis, MN 55402


Herbo-Tree Service
27W770 Warrenville Rd.
Warrenville, IL 60555

Home Depot
Customer Service
PO Box 689100
Des Moines, IA 50368-9100

Home Depot Credit Services
P.O. Box 653002
Dallas, TX 75265

Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901-6029

Hoving Pit Stop
2351 Powis Rd.
West Chicago, IL 60185

HSBC
Attn: Bankruptsy
P.O. Box 5213
Carol Stream, IL 60167

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

I C System Inc
Po Box 64378
Saint Paul, MN 55164

I.C. System, Inc.
444 Highway 96 East
P.O. Box 64887
Saint Paul, MN 55164-0887

Inez Jackson
11734 S. Perry
Chicago, IL 60628

Integrity Financial Partners, Inc.
4370 W. 109th St., Ste. 100
Overland Park, KS 66211

Jame J. Pink
2153 W. 107th Place
Chicago, IL 60643


James J. Pink
2153 W. 107th Place
Chicago, IL 60643


K. Hoving Recycling & Disposal, Inc
2351 Powis Rd.
West Chicago, IL 60185


Lexon Insurance Company
256 Jackson Meadows Dr., Ste. 201
Hermitage, TN 37076


Lexus Financial
P.O. Box 4102
Carol Stream, IL 60197


Likes Landscaping, Inc.
10233 Clow Creek Rd. Ste.4
Plainfield, IL 60585


LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Main Street Acquisiton
3950 Johns Creek Ct Ste
Suwanee, GA 30024


MB Financial Bank
380 W. Diehl Rd.
Naperville, IL 60563


McCarthy, Burgess & Wolff
MB&W Building
2600 Cannon Rd.
Bedford, OH 44146


Menards
For Billing inquiries
PO Box 15521
Wilmington, DE 19850-5521

Mercantile Adjustment Bureau, LLC
P.O. Box 9016
Buffalo, NY 14231-9016


Michael D. Fine
131 South Dearborn St., Floor 5
Chicago, IL 60603


NAFS
165 Lawrence Bell Dr., Ste. 100
PO Box 9027
Williamsville, NY 14231-9027


National City
Attn: Bankruptsy Dep-t
3232 Newmark Drive
Miamisburg, OH 45342


Nationwide Credit
2015 Vaughn Rd NW, Bld 400
Kennesaw, GA 30144-7801


Ncb Ne Er
1 Cascade Plaza
Akron, OH 44305


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems
P.O. Box 15630 Dept 99
Wilmington, DE 19850-5740


NCO Financial Systems, Inc.
5100 Peachtree Industrial Blvd.,
Dept 64; Mailstop 1100
Norcross, GA 30071


NES- Collection
29125 Solon Rd
Solon, OH 44139-3442

Nicor
P.O. Box 416
Aurora, IL 60568


Nicor Gas
Attention: Bankruptcy Department
1844 Ferry Road
Naperville, IL 60507


Nicor Gas
P.O. Box 416
Aurora, IL 60568-0001


North and South Concrete Inc.
10990 Archer Ave.
Lemont, IL 60439


North Bohemian HVAC
2316 Aimee Ln.
Schaumburg, IL 60194


P. Janik Plumbing Services
11100 Releigh St.
Westchester, IL 60154


Painting Plus
8523 Forest Ave.
Munster, IN 46321


Paragin Way, Inc.
7500 Rialto Bldg 1 Ste. 100
Austin, TX 78735


Patria Partners, LLC
d/b/a Partia Property Management Co
18201 Morris Ave.
Homewood, IL 60430


Patterson, Thuente, Skaar
Christensen
80 S. 8th St.
Minneapolis, MN 55402

Pitney Bowes, Inc.
P.O. Box 1396
Madison, CT 06443


PNC Bank
P.O. Box 5570
Cleveland, OH 44101


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


Pro conulting Services, Inc.
P.O. Box 66768
Houston, TX 77266


Quantum Electric Inc.
10202 N. River Rd.
Algonquin, IL 60102


R.E.M. Electric Service
1314 E. Norman Dr.
Palatine, IL 60074


Robert F. Rabin
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Fl.10
Chicago, IL 60602


Robert F. Rabin
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., 10th Fl.
Chicago, IL 60602


Schain, Burney, Ros & Citron, Ltd.
222 N. LaSalle St., Ste. 1910
Chicago, IL 60601


Sherwin- Williams Co.
Accounts Receivable Dept
44 W. Gartner Rd., Ste.116
Naperville, IL 60540

Shorebank
7936 S Cottage Grove Ave
Chicago, IL 60619


Silt Solutions, Inc.
14513 Waverly Ave.
Midlothian, IL 60445


Storm Trap
2495 W. Bungalow Rd.
Morris, IL 60450


Suburban Bank & Trust
9901 S. Western Ave.
Chicago, IL 60643


Thomas J. Westgard
6970 N. Sheridan Rd., Ste. C
Chicago, IL 60626


Tiesenga Gottlieb & Reinsma LLP
1200 Harger RD., Ste. 830
Oak Brook, IL 60523


Toyota Motor Credit
P.O. Box 9490
Cedar Rapids, IA 52409


Uline
Attn: Acounts Receivable
2200 S. Lakeside Dr.
Waukegan, IL 60085


United Recovery Systems
PO Box 722910
Houston, TX 77272-2910


Unlimilted Options Builders Inc
858 N. Columbia St.
Naperville, IL 60563


Unlimired Homes Inc.
858 N. Columbia St.
Naperville, IL 60563

```
Unlimited Homes Builders Inc.
858 N. Columbia St.
Naperville, IL 60563


Unlimited Homes Inc.
858 N. Columbia
Naperville, IL 60563


Unlimited Homes Inc.
858 N. Columbia St.
Naperville, IL 60563


Unlimited Homes Inc.
858 N.Columbia
Naperville, IL 60563


Unlimited Homes, Inc.
858 N. Columbia
Naperville, IL 60563


Unlimited Homes, Inc.
858 N. Columbia St.
Naperville, IL 60563


Unlimited Homes, Inc.
858 N. Colubia St.
Naperville, IL 60563


Unlimited Option Builders Inc
858 N. Columbia St.
Naperville, IL 60563


Unlimited Option Builders Inc.
858 N. Columbia St.
Naperville, IL 60563


Unlimited Option Builders, Inc.
858 N. Columbia St.
Naperville, IL 60563


Unlimited Options Builders Inc.
858 N. Columbia St.
Naperville, IL 60563
```

Unlimited Options Inc
828 N. Columbia St.
Naperville, IL 60563


Unlimited Options Inc
858 N. Colmbia St.
Naperville, IL 60563


Unlimited Options Inc.
858 N. Columbia St.
Naperville, IL 60563


Unlimited Options Inc.
858 N. Columbia St
Naperville, IL 60563


Unlimited Options, Inc.
858 N. Columbia
Naperville, IL 60563


Unlimited Options, Inc.
858 N. ColumbiaSt.
Naperville, IL 60563


Unlimited Options, Inc.
858 N. Columbia St.
Naperville, IL 60563


Weltman, Weinberg & Reis Co, L.P.A.
175 S. 3Rd, St. Suite 900
Columbus, OH 43215


Wire Alert
P.O. Box 5570
Locator Code 01-7103
Cleveland, OH 44101


Woodcrafters
96 Hillside Dr.
Yorkville, IL 60560